## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL KENT, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-cv-00749-GBW |
| | ) |
| v. | ) |
| | ) |
| SYNEOS HEALTH, INC., JOHN M. | ) JURY TRIAL DEMANDED |
| DINEEN, BARBARA W. BODEM, | ) |
| BERNADETTE CONNAUGHTON, | ) |
| MICHELLE KEEFE, WILLIAM E. | ) |
| KLITGAARD, KENNETH F. MEYERS, | ) |
| MATTHEW E. MONAGHAN, DAVID S. | ) |
| WILKES, and ALFONSO G. ZULUETA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: August 8, 2023

**LONG LAW, LLC**

By:  */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*